ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSE ANTONIO GARCIA,<br><br>                    Defendant. | CASE NO. 5:25-MJ-00058-CDB<br><br>ORDER TO UNSEAL CASE |

On the motion of the United States of Maerica and good cause appearing due to the Defendant's reported arrest pending initial appearance in this case, it is HEREBY ORDERED that the Complaint and all other filings be unsealed.

IT IS SO ORDERED.

Dated:   **June 8, 2026**

_____
UNITED STATES MAGISTRATE JUDGE